IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Taylor, David L

Printed: 2/12/08

Case Number: 06 B 12633
Judge: Wedoff, Eugene R
Filed: 10/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 27, 2007
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,200.00 |  |
| Secured: |  | 10,998.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,525.13 |
| Trustee Fee: |  | 676.87 |
| Other Funds: |  | 0.00 |
| Totals: | 13,200.00 | 13,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 292.50 | 292.50 |
| 2. | Robert J Semrad & Associates | Administrative | 550.00 | 0.00 |
| 3. | Robert J Semrad & Associates | Administrative | 2,349.00 | 1,232.63 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 6. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 7. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 8. | Tidewater Credit Service | Secured | 1,527.77 | 455.00 |
| 9. | Honda Finance Services | Secured | 32,105.20 | 6,666.00 |
| 10. | Rogers & Hollands Jewelers | Secured | 525.66 | 100.00 |
| 11. | American General Finance | Secured | 6,155.20 | 1,120.00 |
| 12. | Cook County Treasurer | Secured | 2,657.00 | 2,657.00 |
| 13. | HomEq Servicing Corp | Secured | 2,037.00 | 0.00 |
| 14. | Chase Home Finance | Secured | 5,615.03 | 0.00 |
| 15. | Capital One | Unsecured | 123.02 | 0.00 |
| 16. | Capital One | Unsecured | 99.30 | 0.00 |
| 17. | AmeriCash Loans, LLC | Unsecured | 84.23 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 156.64 | 0.00 |
| 19. | Capital One | Unsecured | 113.17 | 0.00 |
| 20. | Tidewater Credit Service | Unsecured | 0.08 | 0.00 |
| 21. | Cook County Treasurer | Unsecured | 7.49 | 0.00 |
| 22. | American General Finance | Unsecured | 22.39 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 88.63 | 0.00 |
| 24. | Rogers & Hollands Jewelers | Unsecured | 249.73 | 0.00 |
| 25. | Ad Calls | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Taylor, David L

Printed: 2/12/08

Case Number: 06 B 12633
Judge: Wedoff, Eugene R
Filed: 10/4/06

| | | | |
|---|---|---|---|
| 26. | Arrowhead Investments | Unsecured | No Claim Filed |
| 27. | Dollar Quik | Unsecured | No Claim Filed |
| 28. | Cash Net | Unsecured | No Claim Filed |
| 29. | Geneva Roth Ventures | Unsecured | No Claim Filed |
| 30. | Pay Day OK | Unsecured | No Claim Filed |
| 31. | Cash Today | Unsecured | No Claim Filed |

$ 54,759.04    $ 12,523.13

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 287.26 |
| 5.4% | 389.61 |
| | $ 676.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_